UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

12 JUN -8 AM 11:49

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JENNIFER MARIE PAPION,<br><br>                Defendant. | CASE NO. 12-cr-01795-IEG<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of Marijuana (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/7/12

Mitchell D. Dembin
U.S. Magistrate Judge